DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES E. HENDERSON, JR.,**
Appellant,

v.

**NORTH BROWARD HOSPITAL DISTRICT**
d/b/a **BROWARD HEALTH MEDICAL CENTER,**
Appellee.

No. 4D17-3456

[May 31, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE 17-015634.

James E. Henderson, Jr., Fort Lauderdale, pro se.

William V. Carcioppolo and Shari D. Smith of La Cava & Jacobson, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CONNER, JJ., concur.

*             *             *

***Not final until disposition of timely filed motion for rehearing.***